# PAUL J. HETZNECKER
Attorney at Law
1420 Walnut Street
Suite 911
Philadelphia, Pennsylvania 19102

(215) 893-9640
FAX (215) 893-0255
E-MAIL phetznecker@aol.com

*PSD*

*Please Docket*

May 18, 2016

**SENT VIA FAX: 267-299-5069**
Honorable Paul S. Diamond
United States District Court
United States Courthouse
601 Market Street
Philadelphia, PA 19106

      **RE:**    **United States v. Olutonkunbo Effunnuga**
             **Criminal No. 08-542**

Dear Judge Diamond:

    Please be advised that I previously represented Mr. Effunnuga as an appointment. I am aware that Your Honor recently appointed me to handle Mr. Effunnuga's violation hearing. I am respectfully requesting a continuance in this matter consistent with Your Honor's calendar.

    I appreciate Your Honor's consideration in this matter.

                              Sincerely,

                              Paul J. Hetznecker

PJH/cat
Enclosure
cc:   Andrea Foulkes, Esquire  (Via Hand Delivery)
       Assistant United States Attorney