# PAUL J. HETZNECKER
Attorney at Law
1420 Walnut Street
Suite 911
Philadelphia, Pennsylvania 19102

(215) 893-9640
FAX (215) 893-0255
E-MAIL phetznecker@aol.com

*Please Docket*

July 29, 2016

**SENT VIA FAX: 267-299-5069**
Honorable Paul S. Diamond
United States District Court
United States Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:   **United States v. Olutonkunbo Effunnuga**
            **Criminal No. 08-542**

Dear Judge Diamond:

      The above-captioned matter is scheduled for a Violation of Probation Hearing on August 3, 2016. Mr. Effunnuga currently has a new case listed for trial in the Court of Common Pleas of Philadelphia before the Honorable Rayford A. Means on August 19, 2016. I am respectfully requesting a continuance in this matter.

      I appreciate Your Honor's consideration in this matter.

              Sincerely,

              Paul J. Hetznecker

PJH/cat
Enclosure
cc:   Andrea Foulkes, Esquire   (Via Hand Delivery)
      Assistant United States Attorney