# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                            Crim. No.: 2:08-CR-00542-PD-3

        v.               :

OLUTOKUNBO EFUNNUGA

---

OLUTOKUNBO EFUNNUGA

                     :

        v.             Civ. No. 18-1386

WARDEN SEAN MARLER

---

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

        **NOW COMES,** Olutokunbo Efunnuga, plaintiff, *Pro Se,* moves this Honorable Court for an amended sentence computation or a more definite statement detailing the exact dates attributed to his sentence for revocation of supervised release. Movant respectfully requests an amended sentence computation based on this Courts order issued on April 24, 2018, (Civ. No. 18-1386, Doc. No. 5), because clarity in this matter is required, as he being denied jail credits in the New Jersey sentence that he is now serving due to lack of specificity of that order. In support of this extraordinary request, your movant respectfully represents:

1. On November 2, 2016, Petitioner was arrested by Delaware County Authorities and held at the George W. Hill Correctional Facility in Delaware County on a detainer issued by the State of New Jersey. **See** Docket, attached hereto as exhibit A.

2. On or about 11/8/2016, Petitioner was removed from the George W. Hill Correctional Facility in and transferred to the Curran-Fromhold Correctional Facility in Philadelphia, for an unrelated criminal matter. **See** Docket, attached hereto as exhibit B.

3. On or about May 24, 2017, Petititoner was removed from the Curran-Fromhold Correctional Facility and taken to the Federal Detention Center Philadelphia.

4. On January 24, 2018, Petitioner was found in violation of terms and conditions of supervised release at a revocation hearing on the matter and sentenced to 13 months with termination of supervised release. However, the sentence computation was not updated to reflect the time he spent in state custody pursuant to this Courts Order on 4/24/18. **See** Computation Data, attached hereto as exhibit C.

5. On April 2, 2018, Movant filed a Petition For Writ of Habeas Corpus Under 28 U.S.C § 2241, challenging how the sentence was calculated or credited by the B.O.P. **See** Petition For Writ of Habeas Corpus 28 U.S.C § 2241, (Civ. No. 18-1386, Doc. No. 1).

6. On April 24, 2018, the Petition was granted and this Court found that "it was the intent of the Parties and the Court at the January 24, 2018 violation of supervised release hearing that "Petitioners' sentence should be concurrent to any period of time that he was held in state custody;". **See** Court Order granting Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Civ. No. 18-1386, Doc. No. 5).

7. On June 10, 2018, Petitioner was arrested and taken into custody of Camden County, New Jersey on charges of Robbery 1st degree and Weapons Violations.

8. On November 30th, 2018 Petitioner was sentenced to 8yrs and 5yrs parole supervision on the above mentioned charges then remanded to the custody of Department of Corrections to satisfy the Order. **See** Judgment of Commitment Order, attached hereto as exhibit D.

9. On September 18, 2019, I applied to the Superior Court of New Jersey regarding jail credits and was awarded 626 days negotiated jail credits in the following: 10/28/16 – 11//14/16; 11/15/16 – 12/15/16; 12/16/16 – 1/23/18 and 6/11/18 – 11/29/18. **See** Letter of Court dated 9/18/19, attached hereto as exhibit E.

10. On February 2, 2021, Petitioner applied to Superior Court for time spent in federal custody on New Jersey Detainer between the dates of 1/24/18 – 4/26/18. Application was denied based on the Courts' understanding that those dates were credited towards the federal sentence for revocation of supervised release. **See** Letter of Court dates 2/2/21, attached hereto as exhibit F.

11. Petitioner avers that the dates of 1/24/18 – 4/26/18 would not have been attributed to the sentence for revocation of supervised release after the judgment was amended on 4/24/18 to grant jail credits from the date of arrest in Pennsylvania State custody beginning on 10/28/16 until the calculated expiration.

12. Petitioner does not have a record of an Updated Sentence Computation of the 13 month sentenced for Revocation of Supervised Release pursuant to Court Order issued on 4/24/18.

13. An amended sentence computation reflecting the decree of this Courts' Order in granting Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, would alleviate any discrepancies in this matter.

**Wherefore**, your Petitioner prays that this Court issue a more definite statement detailing the exact dates attributed to his federal sentence for revocation of supervised release, or request the

Bureau of Prison to update sentence computation data to reflect the decree of this Courts' Order in granting Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

Respectfully Submitted,

Olutokunbo Efunnuga

Date: 5/3/21

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                v.

OLUTOKUNBO EFUNNUGA

Crim. No.: 2:08-CR-00542-PD-3

        :

---

OLUTOKUNBO EFUNNUGA

                v.

WARDEN SEAN MARLER

        :

Civ. No. 18-1386

---

## VERIFICATION

I Olutokunbo Efunnuga, declare that all facts stated in the foregoing Motion for a More Definite Statement Copy are true and correct to the best of my knowledge, information and belief, and are subject to the penalties of perjury as provided for in 28 U.S.C. § 1746, for unsworn falsifications.

RESPECTFULLY SUBMITTED,

_OLUTOKUNBO EFUNNUGA_

DATE: 5|3|21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

          v.

OLUTOKUNBO EFUNNUGA

Crim. No.: 2:08-CR-00542-PD-3

:

_____

OLUTOKUNBO EFUNNUGA

          v.

WARDEN SEAN MARLER

:

Civ. No. 18-1386

_____

## ORDER

**AND NOW,** THIS _____ day of _____, 2019, upon consideration of

Petitioner's Motion for a more definite statement in the above-captioned matter, it is hereby

**ORDERED** and **DECREED** that the motion is **GRANTED.** It is hereby **FURTHER**

**ORDERED** that:

BY THE COURT:

_____

          J.

## **CERTIFICATE OF SERVICE**

I certify that, prior to 5:00 p.m. on _____5/3/21_____, I placed a true and correct copy of the

attached Motion For More Definite Statement, together with all attachments, exhibits, and

supporting papers, in the United States mail, in [a] properly-addressed envelope[s], with first

class postage duly paid and affixed to the envelope[s], and with the envelope[s] addressed to:

ATTN: **Andrea Foulkes**

United States Attorney's office

615 Chestnut St.

Suite 1250

Phila, Pa 19106

RESPECTFULLY SUBMITTED,

OLUTOKUNBO EFUNNUGA

DATE 5/3/21

# EXHIBIT "A"



# COURT OF COMMON PLEAS OF DELAWARE COUNTY

## DOCKET



**Docket Number: CP-23-MD-0003125-2016**

# MISCELLANEOUS DOCKET

**Extradition**

In Re: Efunnuga  Olutonkunbo

Page 1 of 1

## CASE INFORMATION

Judge Assigned:

OTN:                    LOTN:

Initial Issuing Authority:

Arresting Agency:

Complaint/Incident #:

Case Local Number Type(s)

Date Filed: 10/28/2016          Initiation Date: 10/28/2016

Originating Docket No:

Final Issuing Authority:

Arresting Officer:

Case Local Number(s)

## STATUS INFORMATION

| Case Status: | Closed | Status Date | Processing Status | | Arrest Date: | 10/28/2016 |
|---|---|---|---|---|---|---|
| | | 11/02/2016 | Completed | | | |
| | | 11/02/2016 | Awaiting Extradition | | | |
| | | 10/28/2016 | Completed | | | |
| | | 10/28/2016 | Awaiting Extradition | | | |

## DEFENDANT INFORMATION

Date Of Birth:          08/04/1991          City/State/Zip: Philadelphia, PA  19131

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Olutonkunbo, Efunnuga |

## COMMONWEALTH INFORMATION

Name:

Supreme Court No:

## ATTORNEY INFORMATION

Name:

Supreme Court No:

Rep. Status:

Phone Number(s):

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/28/2016 | | Court of Common Pleas - Delaware County |

Order Granting Extradition Hearing 11/2/2016

| 1 | 11/02/2016 | | Brennan, Mary Alice |

Order Granting Extradition: Efunnuga Olutonkunbo from the State of Pa. To the State of New Jersey

CPCMS 9082                                                                    Printed: 11/30/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet Information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# EXHIBIT "B"

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY



### DOCKET



**Docket Number: CP-51-CR-0003485-2016**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania                                    Page 2 of 8

v.

Shawn  Mobley

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 04/28/2016 | 11:00 am | 1104 | | Scheduled |
| Pre-Trial Conference | 05/24/2016 | 8:00 am | 705 | Judge Rayford A. Means | Continued |
| Pre-Trial Conference | 07/06/2016 | 8:00 am | 705 | Judge Rayford A. Means | Scheduled |
| Trial | 08/19/2016 | 8:00 am | 705 | Judge Rayford A. Means | Continued |
| Trial | 10/07/2016 | 8:00 am | 705 | Judge Rayford A. Means | Scheduled |
| Bench Warrant Hearing | 11/10/2016 | 12:30 pm | 403 | Senior Judge Harvey W Robbins | Scheduled |
| Judge Only Bench Warrant Hearing | 11/15/2016 | 9:00 am | 705 | Judge Rayford A. Means | Scheduled |
| Trial | 01/09/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 02/15/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 03/07/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 04/03/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Scheduled |
| Trial | 05/08/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 11/08/2016 | County Correctional Facility | Curran-Fromhold Corr. Fac. | | Yes |

### DEFENDANT INFORMATION

Date Of Birth:            07/20/1977        City/State/Zip: LANSDOWNE, PA 19050

Alias Name
EFFUNUGA, OLUTOKUBO
Efunnuga, Olukorede
Efunnuga, Olutokunbo
Efunnuga, Olutokunbo
Mobley, Shawn Q.

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Mobley, Shawn |

CPCMS 9082                                                                              Printed: 03/17/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# EXHIBIT "C"

```
PHLFD  540*28              *SENTENCE MONITORING              *       03-19-2018
PAGE 001          *              COMPUTATION DATA           *         09:54:43
                                 AS OF 03-19-2018


REGNO..: 61481-066 NAME: EFUNNUGA, OLUTONKUNBO


FBI NO..........: 21013HB6           DATE OF BIRTH: 03-06-1979  AGE:   39
ARS1............: PHL/A-HLD
UNIT............: 5 NORTH            QUARTERS.....: E01-526L
DETAINERS.......: NO                 NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-23-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-30-2018 VIA GCT REL


               RELEASE AUDIT COMPLETED ON 03-02-2018 BY DSCC
-----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: NO. 2008-542-03
JUDGE...........................: DIAMOND
DATE SENTENCED/PROBATION IMPOSED: 01-28-2011
DATE SUPERVISION REVOKED........: 01-24-2018
TYPE OF SUPERVISION REVOKED.....: REG
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00         $00.00          $1,000.00    $00.00

RESTITUTION...:  PROPERTY: YES SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:846,841(A)(1)&(B)(1)(C) CONSPIRACY TO DISTRIBUTE MDMA. CT-1
         18:922(G)(1) CONVICTED FELON IN POSSESSION OF A FIREARM. CT-2

SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.:    13 MONTHS
DATE OF OFFENSE................: 08-19-2008




G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 61481-066  NAME: EFUNNUGA, OLUTONKUNBO

```
-------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 03-01-2018 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-02-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 01-24-2018
TOTAL TERM IN EFFECT............:   13 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    1 YEARS       1 MONTHS
EARLIEST DATE OF OFFENSE........: 08-19-2008

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   03-01-2016    03-03-2016
                                   05-24-2017    01-23-2018

TOTAL PRIOR CREDIT TIME.........: 248
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 51
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 04-30-2018
EXPIRATION FULL TERM DATE.......: 06-20-2018
TIME SERVED.....................:    9 MONTHS      30 DAYS
PERCENTAGE OF FULL TERM SERVED..: 76.5

PROJECTED SATISFACTION DATE.....: 04-30-2018
PROJECTED SATISFACTION METHOD...: GCT REL
```

G0000       TRANSACTION SUCCESSFULLY COMPLETED

# EXHIBIT "D"



# Judgment of Conviction & Order for Commitment

## Superior Court of New Jersey, CAMDEN County

### State of New Jersey       v.

| Last Name | First Name | Middle Name |
|---|---|---|
| EFUNNUGA | OLUTONKUN | |

**Also Known As**
SHAY EFUNNUGA SHAWN MOBLEY

| Date of Birth | SBI Number | Date(s) of Offense |
|---|---|---|
| 08/04/1991 | | 05/16/2014 |

| Date of Arrest | PROMIS Number | Date Ind / Acc / Complt Filed | Original Plea | Date of Original Plea |
|---|---|---|---|---|
| | 16 006579-001 | 08/08/2018 | ☑ Not Guilty ☐ Guilty | 08/20/2018 |

| Adjudication By | ☑ Guilty Plea | ☐ Jury Trial Verdict | ☐ Non-Jury Trial Verdict | ☐ Dismissed / Acquitted | Date: 10/29/2018 |

### ▓ Original Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 18-08-01848-I | 1 | ROBBERY-INFLICTS BI OR USES FORCE - ARMED | 2C:15-1A(1) | 1 |
| 18-08-01848-I | 2 | UNLAWFUL POSS WEAPON-HANDGUNS WITHOUT PERMIT | 2C:39-5B(1) | 2 |
| 18-08-01848-I | 3 | POSS OF WEAPON FOR UNLAWFUL PURPOSE-FIREARM-ANYONE | 2C:39-4A(1) | 2 |

### ▓ Final Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 18-08-01848-I | 1 | ROBBERY-INFLICTS BI OR USES FORCE - ARMED | 2C:15-1A(1) | 1 |

### ▓ Sentencing Statement

It is, therefore, on  11/30/2018      **ORDERED** and **ADJUDGED** that the defendant is sentenced as follows:

8 YEARS NJSP, 85% (NERA) PAROLE INELGIBILITY
5 YEARS PAROLE SUPERVISION
Defendant shall provide a DNA sample.
Payment of the following fines and penalties totaling $205.00:
(1)$100 VCCB
(2)$75 SNSF
(3)$30 LEOPA
Waiver of right to appeal.
Counts 2 and 3  Dismissed
608 days negotiated jail credits pursuant to plea negotiations:  11/15/16-12/15/16, 12/16/16  1/23/18 and
6/11/18-11/29/18

| ☑ It is further ORDERED that the sheriff deliver the defendant to the appropriate correctional authority. | | |
|---|---|---|
| **Total Custodial Term**<br>008 Years 00 Months 000 Days | **Institution Name**<br>CARE COMMISS/CORR | **Total Probation Term**<br>00 Years 00 Months |

State of New Jersey v.
EFUNNUGA, OLUTONKUN

S.B.I. # _____    Ind / Acc / Compl # 18-08-01848-I

## DEDR (N.J.S.A. 2C:35-15 and 2C:35-5.11)

A mandatory Drug Enforcement and Demand Reduction (DEDR) penalty is imposed for each count. (Write in number of counts for each degree.)

☐ DEDR penalty reduction granted (N.J.S.A. 2C:35-15a(2))

| | Standard | Doubled |
|---|---|---|
| 1st Degree | @ $ | @ $ |
| 2nd Degree | @ $ | @ $ |
| 3rd Degree | @ $ | @ $ |
| 4th Degree | @ $ | @ $ |
| DP or Petty DP | @ $ | @ $ |

Total DEDR Penalty $ _____

☐ The court further ORDERS that collection of the DEDR penalty be suspended upon defendant's entry into a residential drug program for the term of the program. (N.J.S.A. 2C:35-15e)

Forensic Laboratory Fee (N.J.S.A. 2C:35-20)    Total Lab Fee
Offenses @ $ _____    $ _____

## VCCO Assessment (N.J.S.A. 2C:43-3.1)

| Counts | Number | | Amount |
|---|---|---|---|
| 1 | 1 | @ | $ 100.00 |
| | | @ | $ |
| | | @ | $ |
| | | @ | $ |
| | | @ | $ |

Total VCCO Assessment  $ 100.00

## Vehicle Theft / Unlawful Taking Penalty (N.J.S.A. 2C:20-2.1)

Offense    Mandatory Penalty
$

## Offense Based Penalties

Penalty    Amount
$

## Other Fees and Penalties

Law Enforcement Officers Training and Equipment Fund Penalty (N.J.S.A. 2C:43-3.3)
☑ $ 30.00

Safe Neighborhoods Services Fund Assessment (N.J.S.A. 2C:43-3.2)
☑ 1    Offenses @ $75.00
Total: $ 75.00

Probation Supervision Fee (N.J.S.A. 2C:45-1d)
☐ $

Statewide Sexual Assault Nurse Examiner Program Penalty (N.J.S.A. 2C:43-3.6)
☐    Offenses @ $
Total $

Transaction Fee (N.J.S.A. 2C:46-1.1)
☐ $

Domestic Violence Offender Surcharge (N.J.S.A. 2C:25-29.4)
☐ $

Certain Sexual Offenders Surcharge (N.J.S.A. 2C:43-3.7)
☐ $

Fine
$ _____

Sex Crime Victim Treatment Fund Penalty (N.J.S.A. 2C:14-10)
$ _____

Restitution    Joint & Several
$ _____    ☐

Total Financial Obligation
$ 205.00

## Additional Conditions

☑ The defendant is hereby ordered to provide a DNA sample and ordered to pay the costs for testing of the sample provided (N.J.S.A. 53:1-20.20 and N.J.S.A. 53:1-20.29).

☐ The defendant is hereby sentenced to community supervision for life (CSL) if offense occurred before 1/14/04 (N.J.S.A. 2C:43-6.4).

☐ The defendant is hereby sentenced to parole supervision for life (PSL) if offense occurred on or after 1/14/04 (N.J.S.A. 2C:43-6.4).

☑ The defendant is hereby ordered to serve a __5__ year term of parole supervision, pursuant to the No Early Release Act (NERA), which term shall begin as soon as the defendant completes the sentence of incarceration (N.J.S.A. 2C:43-7.2).

☐ The court imposes a Drug Offender Restraining Order (DORO) (N.J.S.A. 2C:35-5.7h). DORO expires _____

☐ The court continues/imposes a Sex Offender Restraining Order (SORO) if the offense occurred on or after 8/7/07 (Nicole's Law N.J.S.A. 2C:14-12 or N.J.S.A. 2C:44-8).

☐ The court imposes a Stalking Restraining Order (N.J.S.A. 2C:12-10.1).

☐ The defendant is prohibited from purchasing, owning, possessing, or controlling a firearm and from receiving or retaining a firearms purchaser identification card or permit to purchase a handgun (N.J.S.A. 2C:25-27c(1)).

## Findings Per N.J.S.A. 2C:47-3

☐ The court finds that the defendant's conduct was characterized by a pattern of repetitive and compulsive behavior.

☐ The court finds that the defendant is amenable to sex offender treatment.

☐ The court finds that the defendant is willing to participate in sex offender treatment.

## License Suspension

☐ CDS / Paraphernalia (N.J.S.A. 2C:35-16)    ☐ Waived
☐ Auto Theft / Unlawful Taking (N.J.S.A. 2C:20-2.1)
☐ Eluding (N.J.S.A. 2C:29-2)
☐ Other

Number of Months _____    ☐ Non-resident driving privileges revoked

Start Date _____    End Date _____

Details _____

Driver's License Number _____    Jurisdiction _____

If the court is unable to collect the license, complete the following:
Defendant's Address _____

City _____    State _____    Zip _____

Date of Birth _____    Sex ☐ M  ☐ F    Eye Color _____

Details
All fines and penalties are transferred to the Dept. Of Corrections for collection as part of any parole which may be granted.

New Jersey Judiciary, Revised Form Effective August 1, 2017, CN: 10970
Copies to: County Probation Division    Defendant    Defense Counsel    Prosecutor    State Parole Board    Dept of Corrections or County Penal Institution    Juvenile Justice Commission

State of New Jersey v.
EFUNNUGA, OLUTONKUN                 S.B.I. # _____   Ind / Acc / Compl # 18-08-01848-I

## ▌ Time Credits

| Time Spent in Custody | Gap Time Spent in Custody | Prior Service Credit |
|---|---|---|
| *R.* 3:21-8 | *N.J.S.A.* 2C:44-5b(2) | |
| Date: From         – To | Date: From          – To | Date: From          – To |
| 11/15/2016  –  12/15/2016 | –  | – |
| 12/16/2016  –  01/24/2018 | – | – |
| 06/11/2018  –  11/29/2018 | – | – |
| – | **Total Number of Days** _____ | – |
| – | **Rosado Time** | – |
| – | Date: From          – To | – |
| – | – | – |
| – | – | – |
| **Total Number of Days    608** | **Total Number of Days** _____ | **Total Number of Days** _____ |

## ▌ Statement of Reasons - Include all applicable aggravating and mitigating factors

AGGRAVATING FACTORS
--------------------------------------------------------------------------------
3. The risk that the defendant will commit another offense.

6. The extent of the defendant's prior criminal record and the seriousness of the offenses of which he/she has
been convicted.

9. The need for deterring the defendant and others from violating the law.


MITIGATING FACTORS
--------------------------------------------------------------------------------
9. The character and attitude of the defendant indicate that he/she is unlikely to commit another offense.

12. The willingness of the defendant to cooperate with law enforcement authorities.


Therefore, at this time, in weighing those aggravating and mitigating factors on a qualitative as well as
quantitative basis, the Court finds that the aggravating factors outweigh the mitigating factors whereupon a
period of parole ineligibility is imposed.

The Court has reviewed the Criminal Division's Presentence Report and finds that this Defendant has had prior
contact with the Court System.  As an adult, defendant has four (4) Common Pleas court conviction, two (2)
Municipal Court convictions, one (1) Superior Court convictions and one (1) Federal Court conviction.

| Attorney for Defendant at Sentencing | Public Defender |
|---|---|
| DAVID  SIMON | ☐ Yes  ☑ No |
| **Prosecutor at Sentencing** | **Deputy Attorney General** |
| NEVAN  SOUMILAS | ☐ Yes  ☑ No |
| **Judge at Sentencing** | |
| Gwendolyn Blue J.S.C. | |

| Judge (Signature) | Date |
|---|---|
| /s Gwendolyn Blue J.S.C. | 12/04/2018 |

New Jersey Judiciary, Revised Form Effective August 1, 2017, CN: 10070
Copies to:  County Probation Division    Defendant    Defense Counsel    Prosecutor    State Parole Board    Dept of Corrections or County Penal Institution    Juvenile Justice Commission

# EXHIBIT "E"

# SUPERIOR COURT OF NEW JERSEY
## CAMDEN VICINAGE

**Chambers of**
GWENDOLYN BLUE
**Judge**



**HALL OF JUSTICE**
**CAMDEN COUNTY**
**101 SOUTH FIFTH STREET**
**CAMDEN, NJ 08103-4001**
**(856) 379-2376**

September 18, 2019

Olutonkun Efunnuga, #1192538/957866G
Bayside State Prison
P.O. Box F-1
Leesburg, New Jersey 08327

**Re:   State of New Jersey v. Olutonkun Efunnuga**
**Indictment No. 1848-08-18**

Dear Mr. Efunnuga:

The Court is in receipt of your correspondence regarding jail credits. Pursuant to the representation on the record, you have provided proof from the Court of Common Pleas of Delaware County that you were awaiting extradition on 10/28/16. You are not entitled to any credit from your stay at Mercy Fitzgerald Hospital as you have not provided any evidence that you were, at that time, under arrest for the New Jersey offense. Therefore, the Judgement of Conviction in this matter will be amended to award you the following total credits:

> **626 days NEGOTIATED jail credits pursuant to plea agreement:   10/28/16-11/14/16;**
> **11/15/16-12/15/16; 12/16/16-1/23/18 and 6/11/18-11/29/18**

Thank you.

Sincerely,

Gwendolyn Blue

GB/tlf
Enclosure
cc:  Nevan Soumilas, Asst. Pros.
David Simon, Esquire

# EXHIBIT "F"

# SUPERIOR COURT OF NEW JERSEY
## CAMDEN VICINAGE

**Chambers of**
GWENDOLYN BLUE
**Judge**



**HALL OF JUSTICE**
**CAMDEN COUNTY**
**101 SOUTH FIFTH STREET**
**CAMDEN, NJ 08103-4001**
**(856) 379-2376**

February 2, 2021

Olutonkun Efunnuga, #1192538/957866G
Bayside State Prison
P.O. Box F-1
Leesburg, New Jersey 08327

**Re:** **State of New Jersey v. Olutonkun Efunnuga**
      **Indictment No. 1848-08-18**

Dear Mr. Efunnuga:

The Court is in receipt of your motion seeking jail credits for the dates of 1/24/18 to 4/26/18. Under the law, you are not entitled to jail credits for that time period as you were serving a sentence. The Court had previously amended your Judgement of Conviction giving you negotiated jail credits. Pursuant to court documents, your supervised release was revoked on 1/24/18 and you were serving a sentence. Therefore, the Judgement of Conviction will not be amended to reflect any additional jail credits.

Thank you.

Sincerely,

/s/ GWENDOLYN BLUE
Gwendolyn Blue

GB/tlf
Enclosure
cc: Nevan Soumilas, Asst. Pros.
    David Simon, Esquire

Olutokunbo Efunnuga
#1192538/957866-G
Bayside State Prison
P.O. Box F-1
Leesburg, NJ 08327



MAILED FROM
BAYSIDE STATE PRISON

belhij PSOC 080 ZIP
WED 05 MAY 2021 PM

MAILED F
BAYSIDE STAT

Clerk of Court
U.S. District Court
601 Market St.
Phila., PA 19106